IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GER DERRICK MONCRIEF, # 14113-002, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:14-CV-116-WKW |
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Respondent. | ) | |

## **ORDER**

On December 15, 2015, the Magistrate Judge filed a Recommendation (Doc. # 26) to which Petitioner filed a timely objection (Doc. # 29). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), and the objection is without merit.

Accordingly, it is ORDERED as follows:

(1)  Petitioner's 28 U.S.C. § 2255 motion (Doc. # 1) is DENIED;

(2)  The Recommendation is ADOPTED; and

(3)  This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 29th day of January, 2016.

                                                  /s/ W. Keith Watkins  
                                    CHIEF UNITED STATES DISTRICT JUDGE